FILED

AUG 17 2004

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 2:04CR165-A |
| JEREMY T. "CHUNKY" MANN | ) | [21 USC 841(a)(1); 18 USC 2] |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about November 14, 2003, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere,

JEREMY T. "CHUNKY" MANN

defendant herein, and others both known and unknown to the grand jury, while aiding and abetting each other, did knowingly and intentionally possess and possess with intent to distribute, and did distribute approximately 46.8 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Titles 18 and 21, United States Code, Sections 2 and 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
TERRY F. MOORER
Assistant United States Attorney