# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | November 30, 2005 | AT: | 9:45 a.m. |
| DATE COMPLETED: | November 30, 2005 | AT: | 9:51 a.m. |

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 2:04cr165-A
)
JEREMY T. MANN )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Everett M. Urech |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter      JoAnn Sellers, USPO
Elna Behrman, Courtroom Deputy     Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)   **SENTENCING**

Defendant and counsel have reviewed the presentence report.
Court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #41).
Defendant withdraws his objection to the presentence report, and the court DENIES the objection as moot.
Court orally GRANTS the Government's Motion for Downward Departure (Doc. #42).
Sentence is stated.
No objections.
Sentence is imposed as stated.
Defendant waives his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.